## Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 54

**IP Address:** 71.105.139.175  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 585876466B1F2F4AA1112EED355F0C88F5CB885D<br>File Hash: BF977542497803C4E4A2CB9360802C087465741BEEACF13BEC45CF047C90E546 | 03-23-2022 15:03:03 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 2 | Info Hash: 120985FBB81C0324573A625A6855C08864DCDDAF<br>File Hash: 4E12EEE8C5910D6734CE13323250377A6F161BDAEBCEFA0F4E98BEC50A9AFE90 | 02-27-2022 16:08:41 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 3 | Info Hash: B66E4DF4C377B571965639AC18CB070AB84F7B03<br>File Hash: C571F130ADC19F25E4AFEC3C79A2AE5543F6161FC96088BC75F7507D9F71A289 | 02-19-2022 16:30:48 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 4 | Info Hash: E7E2F63CAB1C6D895FA708CA027922C365BDFB6A<br>File Hash: F95C1FC619C481D5665CF754A3B952FB75880EAC9CD4B150FA8A9B3D81DD4E0C | 02-16-2022 15:30:01 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 5 | Info Hash: 4CF6B0E28DD56E7F9BF49F8C6C742F40D0DAB351<br>File Hash: F9F5B138C36A423E5345072599F4E77FC3B3B94AFD6B70D6770120EBCDE8CAF1 | 09-22-2020 01:46:11 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 6 | Info Hash: 2B53DB906A90120E6BCA1F1C48F7CFFFA70F48D4<br>File Hash: E11D745CCC75F90A86A35DBD726E9CF24F0A19F75C1F4840BD75F3FA2C735D40 | 09-19-2020 19:58:52 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 7 | Info Hash: CEADBE8E357C6F9E00D447D2898179847873ABB5<br>File Hash: 200ADA02847CEE31FDABC20D6A01B12B5B7256ECEB8DE7FF63E9F5EF50424A6C | 09-19-2020 19:50:14 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 8 | Info Hash: 9B1784E58EFCDDFB8626D3B44107F882F6C8EEE8<br>File Hash: 03F71829965E952DFD74182F8C63248DD6A5EFBE4E9DA65B9C171C1880F746E9 | 09-19-2020 18:41:30 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 2D92EFCB77A0E052DEF2ABC833D26B66E5D59A5C<br>File Hash: 3C7733919F0B1BCCBE8CB11A2B6DE04CD6FABFA9C1999D0D50CFC2454E377721 | 09-19-2020 18:31:37 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 10 | Info Hash: B363647575BA54B6B923C05223F4A92289A30083<br>File Hash: 4EC8B4DD67C4ECB63D03456468A0B6538CD12C60BC25054CDDCC3698AEF101CB | 09-15-2020 17:32:39 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 11 | Info Hash: A5FA84BEBC5D2C5A5330581452C032D90577EDC1<br>File Hash: 488BA6C30F214B8E6938C262C946EE9F0840DCF3D1310AC2AC1FF641CE30BBC9 | 09-09-2020 20:17:52 | Tushy | 08-04-2017 | 08-17-2017 | PA0002077666 |
| 12 | Info Hash: 1AAD40B9C28B70D2156BCD7912A2F284C11F634D<br>File Hash: 82F6C2EE2F7D446EEC0EA2D5C27A14DFD527636D903E4A2F1E6F470DDF547AC4 | 09-09-2020 20:17:52 | Vixen | 08-17-2017 | 10-10-2017 | PA0002086150 |
| 13 | Info Hash: 4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash: DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 09-08-2020 17:07:22 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 14 | Info Hash: 41A8C28004DF8F8E28A2835E4701C079519146AC<br>File Hash: F7821A43ABF00F2EA829BD286B10B72DD37C6A312B3C35EB91396A92C6F17C34 | 09-06-2020 19:58:30 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 15 | Info Hash: 63A22C748ACE8732FA9AE5785EA73F31D0EA5CCA<br>File Hash: D26DD5C53E023B9BE7A2C59D8907B28CB5983E867A82F39B2877DEE6E4F7E71D | 09-06-2020 19:57:51 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 16 | Info Hash: 1852370F7725C894F7D8F9AE36A303520FF37BF2<br>File Hash: 72357BC04B42C0A2D775F587D4C1E27E1FE914213FFFD665F7959D6EF7684E2B | 09-04-2020 03:32:02 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 17 | Info Hash: 4F3CAA9D7D8185F294DFF09E8276BDEC62D8A41C<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-04-2020 03:25:44 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: E95EDB9E89FA66693DF2D338AD2835F32848A29D<br>File Hash: 2530C55C2AEB520D4BC962AB3DF48E3D54D083A34B4894CEA98D40FA036D022C | 08-29-2020 17:01:36 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 19 | Info Hash: 69B9CF037258900092D8C6F5294193D103149967<br>File Hash: BE7F2955BBE3C39306AD186437147355DD68C8D3AD3632085A889DB2EBA976A6 | 08-26-2020 16:35:43 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 20 | Info Hash: B3F2F92AABA110DEAED3DF4A2157600625689993<br>File Hash: 4A7C802343F947C5C185EFE1D0192CDC58CE8C8B5DE6581E9E9AE01AE6E600DA | 08-24-2020 21:17:39 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 21 | Info Hash: BEF0D2E7B96DDC060FA0F61AB59A5985525115B5<br>File Hash: B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 08-04-2020 20:28:21 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 22 | Info Hash: AAF0D0950C6DA2C3626B6CB1AF1B30FBDA788521<br>File Hash: C99FCE70EC40E33C6394F27F57FE3EB54CDCAE30F05B59803A2295CA06D84168 | 07-26-2020 18:45:47 | Tushy | 07-26-2020 | 08-31-2020 | PA0002265634 |
| 23 | Info Hash: 1D918F2302BC0129E301B2EE7043A60A30FCFABE<br>File Hash: E2F336590BCE4A09B82D016A2071FD6CAC669FA843DFBFCA95B2B2EC03A4A277 | 07-25-2020 19:31:04 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 24 | Info Hash: FC5E1BB84BF12583546096C979872A965809D490<br>File Hash: 8FCEE29B3AF930A37324B62F62FDFDF71C7F85ED777D683041678F1E20B24616 | 07-25-2020 15:53:19 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 25 | Info Hash: A93D128460BD58723BF227F061B37EDBF17079EE<br>File Hash: 13FF309840B9F89822AF67E8623D9BC2F2DCCC641207CCA9C8A4E1E52CB3F4D3 | 07-25-2020 00:41:41 | Vixen | 08-22-2018 | 09-05-2018 | PA0002135676 |
| 26 | Info Hash: 534829E69CA0254AC48F6682388CA522758E6211<br>File Hash: FD47641A1DCEC72C10CA472863F4106030EFCEF7069019B10863086B3C354F56 | 07-21-2020 16:23:44 | Blacked Raw | 07-20-2020 | 08-11-2020 | PA0002252263 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 5884C9F89D6EFD58A0082DCDEDAEE5349F6B91DE<br>File Hash: 8DD85857924EF5961549894FD4F9A4BC5D33DB592DA555A044FC484D76204F8A | 07-20-2020 15:23:50 | Tushy | 07-19-2020 | 08-03-2020 | PA0002259103 |
| 28 | Info Hash: BD6060ADF5D506AEDCACA1206C61BE68A531D586<br>File Hash: 9F30B4304A2C6A1ED2825CBA9290B07F573E233F309FFA499F963692B013F452 | 07-19-2020 19:30:25 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |
| 29 | Info Hash: CBFA96B97E59DB3C4744AFFA546FAA65CE059F9C<br>File Hash: 9D77F33EF0513D66CD0892B5132F639E3EF7CE64A22ED78FFAD59B029D29183F | 07-12-2020 17:42:32 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 30 | Info Hash: 3331374935A0C6D79FB05926CD3335CAE8FA4474<br>File Hash: D1727BB8185F20F4D52D49955D03ECD6B9982BD12E07B704407B6CC8B978F55A | 07-06-2020 19:30:46 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 31 | Info Hash: 829EB85C3BB6F11D9B51EC365B40F9D6F12530A5<br>File Hash: 5813DE9CDFDD4AE0B45CAD7706F40394759E40F3F86F826D3A2F694B37AC368E | 07-06-2020 19:25:58 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |
| 32 | Info Hash: A5F599FEFCC9534692B5822A1526EF66A312A012<br>File Hash: E6969AAFE57E1869ADCF19EFEA6A3D2FC5074542AE2D72CBD53AD7D8924561B3 | 07-05-2020 15:24:44 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 33 | Info Hash: 14AB1F3D09A7FD1F5B4014B7D932F7FAC768DEC8<br>File Hash: 6D76F838EB0CC3D4537F6D58B82C60D51A6778E781AEB91C4B2B2FBE14F56B3A | 07-03-2020 18:57:32 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |
| 34 | Info Hash: B70A53B5FF5F2BCA94EDA3AF3D6C6F5F2587F297<br>File Hash: E12A9DAF473AB967816F5D00D941550803D3A6935A9C868C194A425CF66DE818 | 06-29-2020 16:17:08 | Vixen | 01-19-2020 | 02-20-2020 | PA0002237691 |
| 35 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash: 28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 06-29-2020 15:47:52 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E26CBC5FCF1404C17A1BD92E6623910B3B9698CE<br>File Hash: C1D5AF8F08151AA7770F92133FAB9592B7C4844AD296FCFEFA49DDFB3F1D9EF4 | 06-26-2020 23:19:31 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 37 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 06-24-2020 21:13:46 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 38 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C<br>File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 06-24-2020 21:12:33 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 39 | Info Hash: AA54116A792991B71CCAA2C575ECF8C9CCE0194F<br>File Hash: 52A26C326121535D9FDF1E6199AA896A0DA3C257BD543AD2179377586DB8B894 | 06-23-2020 16:54:40 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 40 | Info Hash: F1DF7C2B1D8FD00420FBF17A5A42BA81CBC4C25D<br>File Hash: 656D9E44A6B796CF3CC460338A894A5B54551489EDC8FF4EBDC812FAA0017E5E | 06-14-2020 17:19:55 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 41 | Info Hash: E8E4DC7CFC1F58906E53E6A7B7EF8A55943E1160<br>File Hash: 639D7B290AA4AA195E9AE03C39E6DD28B7AD43D7BF4606EC8F302CA39997DDAD | 06-06-2020 15:19:57 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 42 | Info Hash: B54ED04C78A7E0CE7AA8F0E0FE0F56AB2221A2DB<br>File Hash: 1F8F9F2C52022B4E2B64B15A3F9A5423BCE67B326FF575F5342C8CD505371A83 | 06-02-2020 19:16:36 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |
| 43 | Info Hash: 16DD6F6353EEA93BFFC6182356C266BDC624FCAE<br>File Hash: 74DA5C6F27BCE3A11FF976813407C0DAF5FBACD8F7414E2C350F8B1335298817 | 05-31-2020 22:08:58 | Tushy | 05-31-2020 | 06-16-2020 | PA0002253261 |
| 44 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 05-30-2020 22:06:32 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: F99A9DD1AF2DA52ADEB423083A23E4D456F570DB<br>File Hash: E3D57C35B1F7AED3AA0A414E2C336E8966CCD669EA4D06C3FC6AAE3F9D529720 | 05-28-2020 23:17:49 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 46 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 05-28-2020 23:01:32 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 47 | Info Hash: 0AFE0446EAFA94964BF62DB4D0A75897F222DEE7<br>File Hash: E84AC055570C4868A2DB339BD0FF8CBDEFA88DCE00C0D6524485EAB36A7A7048 | 05-17-2020 22:31:15 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |
| 48 | Info Hash: 1D9686E369210C2A8D1A96A3D847633EA22205C9<br>File Hash: 18C5B685583336FB4C8FE38BCB02AEC563D4A51CCA0511612DA5AE41B74EB271 | 05-16-2020 00:00:09 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 49 | Info Hash: AA4AFF28DA36C32AFA67998160201AC5E4BA5A7B<br>File Hash: EB2DA278148CFFD4B3B49BC5D35F23F3B3FF3C5941A7C20DC767D7245FABFA65 | 05-11-2020 20:03:36 | Blacked Raw | 05-11-2020 | 06-08-2020 | PA0002243646 |
| 50 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 05-09-2020 19:08:47 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 51 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 05-04-2020 19:05:10 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 52 | Info Hash: DCBA4482AA0E3DE1A86A7A7EE627174922AC90C8<br>File Hash: 4A913F993E727CC335075C28C6B54C406A703589D61ED617038801681737CE43 | 05-04-2020 13:04:20 | Blacked | 05-02-2020 | 05-19-2020 | PA0002241471 |
| 53 | Info Hash: 72906D84D8783BBD85422446F753190E587602DF<br>File Hash: 5D29B63EE042AECC50E69817F835ADDA3C953B61CF929DBB55B296E7B95F6867 | 05-03-2020 23:18:56 | Blacked Raw | 11-22-2019 | 12-17-2019 | PA0002217672 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 05-03-2020 21:12:05 | Tushy | 05-03-2020 | 05-19-2020 | PA0002241474 |